IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:98-cr-00007-MP

HAROLD MITCHELL DEEDRICK,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 174, Motion for Timely Notice of Preservation of Blakley/Booker Claim by Harold Mitchell Deedrick.  In his motion, defendant notifies the court of his intention to seek retroactive relief pursuant to United States v. Booker, 543 U.S. 220 (2005), should the Supreme Court eventually hold that such relief is retroactively available. With regards to this issue, the Eleventh Circuit has determined that Booker is not retroactively applicable to cases on collateral review, as "Booker's constitutional rule falls squarely under the category of new rules of criminal procedure that do not apply retroactively to § 2255 cases on collateral review."  Varela v. United States, 400 F.3d 864, 868 (11th Cir. 2005); see also In re Anderson, 396 F.3d 1336 (11th Cir. 2005).  Therefore, there is no issue for this court to "preserve."  If the rule of law on this issue later changes, defendant would need to seek redress at that time.  Accordingly, defendant's motion is denied.

    **DONE AND ORDERED** this _12th_ day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge