IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

vs.                                CASE NO. 1:98CR07MP/AK

**HAROLD MITCHELL DEEDRICK,**

    **Defendant.**

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Pre-Trial Release (Bond) (doc. 177), as corrected (doc. 178), with documentation in support of same (doc. 181), and the government's response. (Doc. 183). Having considered said motion, the court is of the opinion that it should be **DENIED** without hearing.

Defendant's long history of violence, including the state charges underlying the current violations of supervised release set forth in the Petition before the Court, (doc. 179), clearly establishes Plaintiff as a danger to specific individuals and to the community. Nothing submitted in conjunction with his medical condition or proposed treatment addresses or counters this fact. Finally, Defendant is presently being held on state charges and any decision made by this Court would not result in his immediate release.

**DONE AND ORDERED** this _13th_ day of October, 2009.

                                            _s/ A. KORNBLUM_
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**